# RULE 170.  MOTION TO EXPUNGE OR DESTROY RECORDS

* * *

**COMMENT**
* * *

The new procedures instituted with the changes of 201**4[-]** require one procedure for expunging or destroying records, fingerprints, and photographs.  One order will go to the appropriate agencies and departments as required by Rule 172 and will help those agencies become more efficient in the manner in which items are destroyed or expunged.

* * *

**Official Note:**

* * *

**Amended February 12, 2015, effective immediately.**

# RULE 173.  RETENTION OF SPECIFIC INFORMATION FROM JUVENILE RECORDS

* * *

D. **Statistical and research purposes.**  The juvenile probation office, the Juvenile Court Judges' Commission, and the Administrative Office of Pennsylvania Courts may maintain the following information in a separate document, file, or database for statistical and research purposes:

    1) **a list of juvenile names;**

    **2)  identifying information, such as date of birth;**

    **3)** demographic information;

    [2]**4**) a list of the delinquent acts alleged or petitioned;

    [3]**5**) a list of the delinquent acts found, if applicable;

    [4]**6**) the disposition of the case; and

    [5]**7**) any recidivism information.

* * *

## COMMENT
* * *

Paragraph (D) provides for the retention of specific information for statistical and research purposes.  **The information gathered under this paragraph is confidential.** [A juvenile's name may not be associated with this information.  Demographics, however, may be retained.] **However,** [A]aggregate data compiled [**under this paragraph also**] may be shared with other persons as statistical and research [**records only**]**information**.  **When sharing aggregate data, the juvenile's name or any identifying information cannot be utilized.**
* * *

**Official Note:**
* * *

**Amended February 12, 2015, effective immediately.**